**FILED**
July 30, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>WILLIAM JAMES MOORE, )<br>)<br>Defendant. ) | Case No. MAG. 07-0238-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release WILLIAM JAMES MOORE, Case No. MAG. 07-0238-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $50,000.00.

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        _X_ Appearance Bond

        _X_ (Other) Conditions as stated on the record.

        _X_ (Other) Defense counsel is to file the bond paperwork by 08/13/07. The Defendant is ordered released forthwith pending the filing of the bond paperwork.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   07/30/07   at 3:05 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge