JOHN R. MANNING, Bar #220874
Federal Defender
1812 J Street, Suite 22
Sacramento, California 95814
Telephone: (916) 444-3994


Attorney for Defendant
William James Moore


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S-07-0333 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO EXTEND |
| v. ) | TIME TO POST PROPERTY BOND |
| ) | |
| William James Moore, ) | |
| ) | |
| Defendant. ) | |
| ) | Judge: Hon. Dale A. Drozd |
| _____ ) | |

    On July 30, 2007, this Court ordered Mr. Moore released on a
$50,000.00 property bond, said property bond to be posted no later than
the close of business on July 13, 2007.  On August 9, 2007 the court
extended the date for the submission for the date of the property bond
paperwork until August 27, 2007.  Although most of the required
paperwork has been received, additional time is required for the
parties to notarize and record the deed of trust.  Mr. Moore's father
has recently had surgery and that has limited his ability to complete
the necessary paperwork.  Accordingly, the parties agree that the
deadline for posting the property bond may be extended two additional

weeks, to September 10, 2007. This office has contacted Carolyn Delaney of the U. S. Attorneys' Office, and the Pretrial Service Office and they have no objection to this request.

Dated: August 27, 2007

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

John R. Manning
Federal Defender

/S/ John R. Manning for
_____
CAROLYN DELANEY
Assistant U.S. Attorney
Attorney for United States

/s/ John R. Manning
_____
JOHN R. MANNING
Federal Defender
Attorney for JAMES MOORE

**O R D E R**

IT IS SO ORDERED.

DATED: August 28, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/moore0333.stipord

Stip/Order re: Property Bond          2