```
 1  John R. Manning
    Attorney at Law
 2  Ca. St. Bar No. 220874
    1111 H Street, Suite 204
 3  Sacramento, CA  95814
    Telephone:  (916) 444-3994
 4
    Attorney for Defendant
 5  William James Moore

 6

 7                IN THE UNITED STATES DISTRICT COURT

 8             FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,      )    CR NO. S-07-333 FCD
                                   )
11          Plaintiff,             )    STIPULATION AND
                                   )    ORDER CONTINUING
12      v.                         )    SENTENCING
                                   )
13  William James Moore,           )
                                   )    Date:   10/14/008
14          Defendant.             )    Time:   10:00 a.m.
    _____)    Judge:  Hon. Frank C. Damrell
15

16  The parties hereby stipulate to the following:

17      1.   Judgement and sentencing in this matter is presently

18           set for October 14, 2008.  In order to give counsel

19           additional time to provide materials to the probation

20           officer, it is hereby requested that the date for

21           judgement and sentencing be continued to November 24,

22           2008 at 10:00 a.m.

23      2.   The parties hereby request that the court adopt the

24           following schedule pertaining to the presentence

25           report:

26           Motion for correction of the
             presentence report:                    November 17, 2008
27
             Presentence report filed with
28           Court and disclosed to counsel:        November 10, 2008
```

1

```
            Counsel's written objections
            to presentence report due:        November 3, 2008

            Proposed presentence report
            disclosed to counsel by:          October 21, 2008


Dated: October 10, 2008           /s/ John R. Manning
                                  JOHN R. MANNING
                                  Attorney for Defendant
                                  William James Moore


Dated: October 10, 2008           /s/ Jason Hitt
                                  Jason Hitt
                                  Assistant U.S. Attorney
```

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgement and sentence of defendant William Moore be continued from October 14, 2008 to November 24, 2008. The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

DATED: October 10, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE