JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
WILLIAM JAMES MOORE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>William James Moore,<br><br>    Defendant. | No. 2:07 CR 333 FCD<br><br>APPLICATION FOR ORDER AND<br>ORDER EXONERATING BOND |

On January 12, 2009, the defendant in the above captioned matter was sentenced to serve a term of 24 months in the Bureau of Prisons. Defendant previously posted a $50,000.00 appearance bond secured by a deed of trust. Accordingly, the surety for the defendant's bail bond is entitled to the release of the home title, and it is respectfully requested that this Court direct the Clerk of the Court to reconvey title forthwith, and that the bond be exonerated.

DATED: June 9, 2009        /s/ John R. Manning
                                          Attorney for Defendant
                                          William James Moore

DATED: June 10, 2009.

_____
U.S. MAGISTRATE JUDGE

1